Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Caitln Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY RICHARD RAY RIGGINS,<br><br>Defendant. | 2:21-CR-30-RMP<br><br>INDICTMENT<br><br>Vio: 26 U.S.C. §§ 5845(a)(8) and (f), 5861(d)<br>Possession of Unregistered Firearms/Destructive Devices<br><br>28 U.S.C. § 2461(c), 49 U.S.C. § 80303, 26 U.S.C. § 5872<br>Forfeiture Allegations |

The Grand Jury charges:

On or about November 3, 2019, in the Eastern District of Washington, the Defendant, TIMOTHY RICHARD RAY RIGGINS, did knowingly receive and possess a firearm and destructive device, to wit, three improvised explosive bombs, further described as:

- a 1 ¾ inch ariel Consumer Firework shell containing explosive powder with 23 nails affixed to the exterior;

- a 1 ¾ inch ariel Consumer Firework shell containing explosive powder with 29 nails affixed to the exterior; and,

- a 1 ¾ inch ariel Consumer Firework shell containing explosive powder with 22 nails affixed to the exterior,

INDICTMENT - 1

not registered to the Defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5845(a)(8) and (f), 5861(d).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871, as set forth in the sole count of this Indictment, the Defendant, TIMOTHY RICHARD RAY RIGGINS, shall forfeit to the United States of America, any firearms involved in the commission of the offense.

DATED this 16 day of March 2021.

_____
Joseph H. Harrington
Acting United States Attorney

_____
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 2