PROB 12C
(6/16)

Report Date: September 17, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2026

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Richard Ray Riggins Case Number: 0980 2:21CR00030-MKD-1

Address of Offender: [redacted], Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 2, 2022

Original Offense: Possession of Unregistered Firearms/Destructive Devices, 26 U.S.C. §§ 5845(a)(8) and (f), 5861(d)

Original Sentence: Prison - 70 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: April 11, 2025

Defense Attorney: Amy H. Rubin

Date Supervision Expires: April 10, 2028

---

### PETITIONING THE COURT

To issue a **warrant**.

On April 14, 2025, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number Nature of Noncompliance

1 **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3, by ingesting controlled substances, methamphetamine and marijuana, from approximately June to August 2026.

On September 11, 2026, the probation officer questioned the offender regarding use of illicit controlled substances. At that time, he admitted to the probation officer that he used methamphetamine and marijuana approximately 6 to 7 times between June and August 2026.

2 **Standard Condition #8**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 8, by being untruthful with the probation officer on several occasions when questioned about his sobriety.

During contacts with the offender on July 8, July 30, August 5, August 25, and August 28, 2026, the probation officer questioned the offender about his sobriety. In each instance, he informed the probation officer that he had abstained from use of illicit controlled substances. As alleged in violation number 1, the offender admitted to ingesting methamphetamine and marijuana during this time period. When confronted about his dishonesty, he acknowledged he was untruthful with the probation officer regarding his substance use.

3 **Standard Condition # 13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to attend a scheduled mental health medication management appointment, as instructed by the probation officer, on or about August 26, 2026.

On August 25, 2026, the probation officer instructed the offender to attend all of his scheduled mental health medication management appointments with Frontier Behavioral Health (FBH).

On September 15, 2026, this officer received email correspondence from FBH indicating the offender failed to attend a scheduled mental health medication management appointment on August 26, 2026.

4 **Special Condition # 2:** You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to attend his scheduled mental health treatment sessions at FBH on August 25, and September 4, 2026.

The probation officer received email correspondence from FBH indicating the offender failed to report for his scheduled individual mental health treatment sessions on August 25, and September 4, 2026.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M.K. Dimke

Signature of Judicial Officer

9/17/2026

Date